IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LAVANIEL R. DAVIS | § | |
| VS. | § | CIVIL ACTION NO. 1:15cv193 |
| ARTIS JONES, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Lavniel R. Davis, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

The dismissal of this lawsuit is based on plaintiff's failure to comply with court orders directing him to file a list of exhibits and a list of witnesses. If plaintiff wishes to have this case reinstated on the court's active docket, he may do so by filing his lists by August 17, 2017.

**So Ordered and Signed**
**Jul 16, 2017**

_____
Ron Clark, United States District Judge